## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| In Re: | : | |
| MARY M. RUBENSTEIN, | : | Bankruptcy No. 24-13189-pmm |
|    Debtor | : | Chapter 13 |
| Wells Fargo Bank, N.A. | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| MARY M. RUBENSTEIN | : | 11 U.S.C. §362 and §1301 |
| MITCHEL J. RUBENSTEIN | | |
| | | |
| and | | |
| KENNETH E WEST, ESQUIRE (TRUSTEE) | | |
| | | |
|    Respondent(s) | : | |

### CERTIFICATION OF NO ANSWER REGARDING WELLS FARGO BANK, N.A.'S MOTION FOR RELIEF FROM STAY (DE 74)

The undersigned hereby certifies that, as of November 5, 2025, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before September 17, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: November 5, 2025                    Respectfully submitted,

                                              Brock & Scott, PLLC

                                              */s/Andrew Spivack*
                                              Andrew Spivack, PA Bar No. 84439
                                              Mario Hanyon, PA Bar No. 203993
                                              Ryan Srnik, PA Bar No. 334854
                                              Jay Jones, PA Bar No. 86657
                                              Attorney for Creditor
                                              BROCK & SCOTT, PLLC

3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| MARY M. RUBENSTEIN, | : | Bankruptcy No. 24-13189-pmm |
|     Debtor | : | Chapter 13 |
| Wells Fargo Bank, N.A. | : | |
|     Movant | : | |
| | : | |
|     v. | : | |
| MARY M. RUBENSTEIN | : | 11 U.S.C. §362 and §1301 |
| MITCHEL J. RUBENSTEIN | | |
| | | |
|     and | | |
| KENNETH E WEST, ESQUIRE (TRUSTEE) | | |
| | | |
|     Respondent(s) | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on November 5, 2025 to the following:

MARY M. RUBENSTEIN
3032 SUSQUEHANNA ROAD
ABINGTON, PA 19001

Paul H. Young, Debtor's Attorney
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
support@ymalaw.com


MITCHEL J. RUBENSTEIN, Co-Debtor
3032 SUSQUEHANNA ROAD
ABINGTON, PA 19001

KENNETH E WEST, Bankruptcy Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street  Suite 320

Philadelphia, PA 19107

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com